AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

**FILED**
JUN 1 6 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| United States of America | ) |
|---|---|
| v. | ) Case No. 21-mj-480-SH |
| TIMOTHY PAUL WILSON | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 15, 2021__ in the county of __Tulsa__ in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1151 and 1153; 21 O.S. § 1431 | First Degree Burglary in Indian Country |

This criminal complaint is based on these facts:
See Attached Affidavit

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Edgar Duesenberg, TFO, FBI
*Printed name and title*

Sworn to before me and signed by telephone ~~in my presence.~~

Date: June 16, 2021

_____
*Judge's signature*

City and state: Tulsa, OK

Susan E. Huntsman
~~Jodi F. Jayne,~~ United States Magistrate Judge
*Printed name and title*

## Affidavit in Support of an Arrest Warrant
## in the Northern District of Oklahoma

I, Edgar Duesenberg, being duly sworn under oath, do hereby depose and state:

### Introduction

1. I am a Task Force Officer with the Federal Bureau of Investigation. I have been employed as a Police Officer in the City of Tulsa, since 1996. As a result of my employment with the Tulsa Police Department, my duties include, but are not limited to, the investigation and enforcement of burglaries and other property crimes within the city of Tulsa.

2. As part of my duties as a Detective, I investigate criminal violations relating to crime in Indian Country, to include Burglary in the First Degree, in violation of 18 U.S.C. §§ 1151, 1153, and 21 O.S. § 1431. I have received training in Indian Country and violent crimes and have investigated violent crimes in Indian Country.

3. The facts and statements in this affidavit are based in part on information provided by other law enforcement officers and on my personal observations and training and experience as a Detective for the Tulsa Police Department. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. It is my belief that an Indian male known as Timothy Paul Wilson (DOB xx-xx-1985; SSN xxx-xx-7215), has violated 18 U.S.C. §§ 1151, 1153, and 21 O.S. § 1431 (First Degree Burglary in Indian Country). That on or about June 15, 2021,

an enrolled member of the Cherokee Nation, broke into and entered the dwelling house of an individual identified as A.M., while A.M. was present therein, with intent to commit some crime therein, in the Northern District of Oklahoma. The burglary took place at 2227 E. 55th Court, Tulsa OK, which is within "Indian Country," as that term is defined under 18 U.S.C. § 1151.

**The Source of My Information and Grounds for My Beliefs Are as Follows:**

5. I am informed by Police Officer Victor Clore that he was called to the above location. He reported that A.M., the victim, said that on June 15, 2021 at approximately 10:30 pm, the defendant entered her house uninvited through the unlocked front door. A.M. said she told the man he had to leave, but he shut the door behind him and advanced into her house. A.M. stated she ran to the back of the house and shut and locked the bedroom door behind her, but the defendant made an attempt to open the door, so she fled her own house through a back door and called the police.

6. I am further informed that when Officer Clore and other officers arrived, they entered the above apartment and found the defendant sleeping on the couch. Officer Clore said the defendant was found to have consumed a soda in the apartment, which he appeared to have occurred prior to the officers' arrival.

7. I have confirmed through Cherokee Tribal Dispatch that the defendant is an enrolled member of the Cherokee Nation.

8. The above described crimes all occurred in the Northern District of Oklahoma and in Indian Country, specifically, the Muscogee-Creek Nation.

## Conclusion

Based on the information set forth in this affidavit, I submit there is probable cause to believe that Timothy Paul Wilson has violated 18 U.S.C. §§ 1151, 1153, and 21 O.S. § 1431 (First Degree Burglary in Indian Country).

Edgar Duesenberg, Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me by telephone on the 16th day of June, 2021.

~~JODI F. JAYNE~~ SUSAN E. HUNTSMAN
UNITED STATES MAGISTRATE JUDGE